Our File No. 41,101-N
Rothbard, Rothbard, Kohn & Kellar
50 Park Place, Suite 1228
Newark, NJ  07102
(973) 622-7713
James F. Vislosky, Jr.
Attorneys for Debtors

| In Re | : | UNITED STATES BANKRUPTCY COURT |
|---|---|---|
|  | : | DISTRICT OF NEW JERSEY |
| Gaudia E. Spence and Rowan Bowen | : | CHAPTER 13 |
|  | : | CASE NO. 19-19601-SLM |
|  | : | Hearing Date August 26, 2020 |

CERTIFICATION OF ROWAN R. BOWEN IN SUPPORT OF
MOTION TO REINSTATE AUTOMATIC STAY

Rowan R. Bowen, of full age, certifies as follows:

1.  I am the son of Rowan Bowen.

2.  I reside with my father at 7 Whitman Avenue, East Orange, New Jersey.  My brother also resides here.

3.  I am currently employed at a part time job.  I expect the job will transition to full time in the near future.

4.  I am willing to contribute to my father's household expenses, including the mortgage payments.  I am willing to make this commitment for the remaining 4 years of my father's bankruptcy proceeding.

I hereby certify that the above statements are true and correct.  I am aware that if any of the above is willfully false, I am subject to punishment for contempt of court.

Date:  July 21, 2020                    _____/s/ Rowan R. Bowen_____
                                         Rowan R. Bowen