Our File No. 41,101-N
Rothbard, Rothbard, Kohn & Kellar
50 Park Place, Suite 1228
Newark, NJ  07102
(973) 622-7713
James F. Vislosky, Jr.
Attorneys for Debtors

| | |
|---|---|
| In Re<br><br>　　Gaudia E. Spence and<br>　　Rowan Bowen | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>CHAPTER 13<br><br>CASE NO. 19-19601-SLM<br><br>Hearing Date August 26, 2020 |

CERTIFICATION OF ROWAN BOWEN IN SUPPORT OF MOTION
TO REINSTATE AUTOMATIC STAY

Rowan Bowen, of full age, certifies as follows:

1. I am the debtor.

2. I am disabled and receive monthly Social Security payments.

3. I reside at 7 Whitman Avenue, East Orange, New Jersey.  My two sons live with me in this house.

4. My son Rowan R. Bowen has agreed to contribute to the household expenses, which includes mortgage payments.

5. With contributions from my son I will be able to pay my monthly expenses, including my mortgage.

6. It is in my best interest to stay in my house and avoid foreclosure.  My two sons reside with me and it is in their best interests to reside with me in my home.

7. If my application is granted, I will be able to pay the mortgage company.

I hereby certify that the above statements are true and correct. I am aware that if any of the above is willfully false, I am subject to punishment for contempt of court.

Date: 7/21/2020                                   /s/ Rowan Bowen
                                                          Rowan Bowen