Proposed Order    Page 1 of 2

Our File No. 41,101-N
Rothbard, Rothbard, Kohn & Kellar
50 Park Place, Suite 1228
Newark, NJ  07102
(973) 622-7713
lawyers@rrkklaw.com
James F. Vislosky, Jr. 009201988
Attorneys for Debtors

| | |
|---|---|
| In Re | UNITED STATES BANKRUPTCY COURT |
| | DISTRICT OF NEW JERSEY |
| Gaudia E. Spence and | CHAPTER 13 |
| Rowan Bowen | |
| | CASE NO. 19-19601-SLM |
| | |
| | Hearing Date August 26, 2020 |
| | |
| | Judge: Meisel |

ORDER REINSTATING AUTOMATIC STAY AS TO
SPECIALIZED LOAN SERVICING LLC

Recommended Local Form:  ☐Followed   X Modified

The relief set forth on the following page is hereby **ORDERED**

Order Reinstating Automatic Stay as to
    Specialized Loan Servicing LLC
Case No. 19-19601
Page 2

This matter having been presented to the Court by Rowan Bowen, debtor, and the Court having reviewed the motion and any opposition filed, and for good cause shown it is ORDERED that:

The automatic stay having been vacated as to secured creditor Specialized Loan Servicing LLC by order dated June 24, 2020 be and the same is hereby reinstated as of the date of this order.

The automatic stay as to all creditors shall remain in effect until further order of this court.

A true copy of this order shall be served on counsel for Specialized Loan Servicing LLC by regular mail.