Form 185 – ntc13plnafter

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  19–19601–SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Gaudia E Spence                                         Rowan Bowen
   aka Gaudia Spence Bowen                        7 Whitman Avenue
   7 Whitman Avenue                                East Orange, NJ 07017
   East Orange, NJ 07017

Social Security No.:
   xxx–xx–9764                                            xxx–xx–5991

Employer's Tax I.D. No.:

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
### AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on August 29, 2019.

On 07/21/2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Stacey L. Meisel on:

Date:                  August 26, 2020
Time:                08:30 AM
Location:          Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: July 22, 2020
JAN: dlr

                                                                                 Jeanne Naughton
                                                                                 Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 19-19601-SLM
Gaudia E Spence                                                 Chapter 13
Rowan Bowen
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2            User: admin              Page 1 of 2            Date Rcvd: Jul 22, 2020
                                Form ID: 185             Total Noticed: 51

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 24, 2020.
```
db/jdb         +Gaudia E Spence,    Rowan Bowen,    7 Whitman Avenue,    East Orange, NJ 07017-5017
518239183      +Comprehensive Pulmonary & Critical Care,    96 Millburn Ave., Suite 200A,
                 Millburn, NJ 07041-1941
518398325      +East Orange Water Commission,    99 S Grove St,    East Orange, NJ 07018-4108
518318365      +East Orange Water Commission,    Customer Service Center,    99 South Grove Street,
                 East Orange NJ 07018-4108
518239187       First Premier Bank,    PO Box 5524,   Sioux Falls, SD 57117-5524
518239188      +IC System, Inc.,    PO Box 64378,   Saint Paul, MN 55164-0378
518239189       IC System, Inc.,    PO Box 64437,   Saint Paul, MN 55164-0437
518239194       New Jersey Imaging Network,    27695 Network Place,    Chicago, IL 60673-1276
518239196      +New Jersey Insurance Underwriting Assoc.,    PO Box 32609,    Newark, NJ 07102-6609
518318366      +PSE&G Co,   PO Box 14444,    New Brunswick NJ 08906-4444
518239198      +Professional Recovery Consultants LLC,    2700 Meridian Parkway, Suite 200,
                 Durham, NC 27713-2450
518239199       Resurgent Capital Services,    PO Box 510090,    Livonia, MI 48151-6090
518239200       Santander Consumer USA,    Attn: Bankruptcy Dept,    PO Box 560284,    Dallas, TX 75356-0284
518239201      +Specialized Loan Servicing,    8742 Lucent Blvd., Suite 300,    Highlands Ranch, CO 80129-2386
518355318      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
518239202       St. Barnabas Emergency Medical Associate,    PO Box 6251,    Parsippany, NJ 07054-7251

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 23 2020 00:27:21     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 23 2020 00:27:18     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jul 23 2020 00:22:13
                 Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
518239180      +E-mail/Text: bankruptcy@sccompanies.com Jul 23 2020 00:26:09     Amerimark,    6864 Engle Road,
                 Cleveland, OH 44130-7910
518299474      +E-mail/Text: bankruptcy@sccompanies.com Jul 23 2020 00:26:09     Amerimark,
                 C/O Creditors Bankruptcy Service,    PO Box 800849,    Dallas, TX 75380-0849
518299451      +E-mail/Text: bankruptcy@sccompanies.com Jul 23 2020 00:28:09     Ashro Lifestyle,
                 C/O Creditors Bankruptcy Service,    PO Box 800849,    Dallas, TX 75380-0849
518322505      +E-mail/Text: bnc@atlasacq.com Jul 23 2020 00:26:34     Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
518341560       E-mail/PDF: MerrickBKNotifications@Resurgent.com Jul 23 2020 00:22:28
                 CW Nexus Credit Card Holdings l, LLC,    Resurgent Capital Services,    PO Box 10368,
                 Greenville, SC 29603-0368
518239181      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 23 2020 00:27:07     Comenity Bank,
                 PO Box 182273,    Columbus, OH 43218-2273
518239182      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 23 2020 00:27:07     Comenity Capital Bank,
                 PO Box 183003,    Columbus, OH 43218-3003
518239184      +E-mail/Text: solutions@cafcu.org Jul 23 2020 00:27:42     Corporate America Family Credit Union,
                 1707 N. Randall Road, Suite 1C8,    Elgin, IL 60123-9410
518271350      +E-mail/Text: solutions@cafcu.org Jul 23 2020 00:27:42     Corporate America Family Credit Union,
                 2075 Big Timber Rd,    Elgin IL 60123-1140
518239185       E-mail/PDF: creditonebknotifications@resurgent.com Jul 23 2020 00:35:51     Credit One Bank,
                 PO Box 98873,    Las Vegas, NV 89193-8873
518299472      +E-mail/Text: bankruptcy@sccompanies.com Jul 23 2020 00:26:09     Dr Leonards Shop Now,
                 C/O Creditors Bankruptcy Service,    PO Box 800849,    Dallas, TX 75380-0849
518239186       E-mail/Text: bnc-bluestem@quantum3group.com Jul 23 2020 00:27:52
                 Fingerhut Credit Account Services,    PO Box 1250,    Saint Cloud, MN 56395-1250
518299456      +E-mail/Text: bankruptcy@sccompanies.com Jul 23 2020 00:28:09     Ginny's,
                 C/O Creditors Bankruptcy Service,    PO Box 800849,    Dallas, TX 75380-0849
518239190       E-mail/Text: sbse.cio.bnc.mail@irs.gov Jul 23 2020 00:26:54     IRS,    PO Box 7346,
                 Philadelphia, PA 19101-7346
518318984       E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 23 2020 00:27:35     Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
518239191      +E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 23 2020 00:27:34     Jefferson Capital,
                 PO Box 772813,    Chicago, IL 60677-0113
518299459      +E-mail/Text: bankruptcy@sccompanies.com Jul 23 2020 00:26:10     K. Jordan,
                 C/O Creditors Bankruptcy Service,    PO Box 800849,    Dallas, TX 75380-0849
518246941       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 23 2020 00:34:46     LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518299471      +E-mail/Text: bankruptcy@sccompanies.com Jul 23 2020 00:26:10     Mason,
                 C/O Creditors Bankruptcy Service,    PO Box 800849,    Dallas, TX 75380-0849
518239192       E-mail/PDF: MerrickBKNotifications@Resurgent.com Jul 23 2020 00:22:53     Merrick Bank,
                 PO Box 660175,    Dallas, TX 75266-0175
518239193      +E-mail/Text: bankruptcydpt@mcmcg.com Jul 23 2020 00:27:18     Midland Credit Management,
                 2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709
```

```
District/off: 0312-2          User: admin              Page 2 of 2               Date Rcvd: Jul 22, 2020
                              Form ID: 185             Total Noticed: 51

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518318263      +E-mail/Text: bankruptcydpt@mcmcg.com Jul 23 2020 00:27:18      Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
518299453      +E-mail/Text: bankruptcy@sccompanies.com Jul 23 2020 00:28:09      Midnight Velvet,
                 C/O Creditors Bankruptcy Service,    PO Box 800849,    Dallas, TX 75380-0849
518299452      +E-mail/Text: bankruptcy@sccompanies.com Jul 23 2020 00:28:09      Montgomery Ward,
                 C/O Creditors Bankruptcy Service,    PO Box 800849,    Dallas, TX 75380-0849
518239195       E-mail/Text: payments@brsi.net Jul 23 2020 00:28:01      New Jersey Imaging Network LLC,
                 c/o Business Revenue Systems Inc.,    PO Box 13077,    Des Moines, IA 50310-0077
518239197       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 23 2020 00:35:53
                 Portfolio Recovery Associates LLC,    120 Corporate Blvd,    Norfolk, VA 23502
518351263       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 23 2020 00:35:51
                 Portfolio Recovery Associates, LLC,    c/o Blair,    POB 41067,    Norfolk VA 23541
518316734      +E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 23 2020 00:27:35      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
518299454      +E-mail/Text: bankruptcy@sccompanies.com Jul 23 2020 00:28:09      Seventh Avenue,
                 C/O Creditors Bankruptcy Service,    PO Box 800849,    Dallas, TX 75380-0849
518299470      +E-mail/Text: bankruptcy@sccompanies.com Jul 23 2020 00:26:11      Stoneberry,
                 C/O Creditors Bankruptcy Service,    PO Box 800849,    Dallas, TX 75380-0849
518240826      +E-mail/PDF: gecsedi@recoverycorp.com Jul 23 2020 00:22:36      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518343684      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 23 2020 00:36:01      Verizon,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 35

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2020                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 22, 2020 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    SPECIALIZED LOAN SERVICING, LLC
           dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          James F. Vislosky, Jr.    on behalf of Joint Debtor Rowan  Bowen jvislosky@rrkklaw.com
          Jonathan  Kohn    on behalf of Joint Debtor Rowan  Bowen lawyers@rrkklaw.com,    lawyers@rrkklaw.com
          Jonathan  Kohn    on behalf of Debtor Gaudia E Spence lawyers@rrkklaw.com,    lawyers@rrkklaw.com
          Kevin Gordon McDonald    on behalf of Creditor    SPECIALIZED LOAN SERVICING, LLC
           kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 7
```