Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−19601−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Gaudia E Spence
   aka Gaudia Spence Bowen
   7 Whitman Avenue
   East Orange, NJ 07017

   Rowan Bowen
   7 Whitman Avenue
   East Orange, NJ 07017

Social Security No.:
   xxx−xx−9764
   xxx−xx−5991

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 8/26/20 at 10:00 AM

to consider and act upon the following:

*32* − Trustee's Motion to Dismiss Case or Direct Employer to Pay Trustee or for Entry of an Order for Default Clause. Filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. Hearing scheduled for 7/22/2020 at 10:00 AM at SLM − Courtroom 3A, Newark. (Attachments: # 1 Proposed Order) (Greenberg, Marie−Ann)

Hearing Rescheduled from 7/22/2020 (related document(s): [32] Trustee Motion to Dismiss/Pay Trustee/Default Clause filed by Marie−Ann Greenberg) Hearing scheduled for 08/12/2020 at 10:00 AM at SLM − Courtroom 3A, Newark. (ntp)

Dated: 8/5/20

                                                      Jeanne Naughton
                                                      Clerk, U.S. Bankruptcy Court