Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−19601−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Gaudia E Spence
aka Gaudia Spence Bowen
7 Whitman Avenue
East Orange, NJ 07017

Rowan Bowen
7 Whitman Avenue
East Orange, NJ 07017

Social Security No.:
   xxx−xx−9764                                xxx−xx−5991

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 8/26/20 at 10:00 AM

to consider and act upon the following:

*32* − Trustee's Motion to Dismiss Case or Direct Employer to Pay Trustee or for Entry of an Order for Default Clause. Filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. Hearing scheduled for 7/22/2020 at 10:00 AM at SLM − Courtroom 3A, Newark. (Attachments: # 1 Proposed Order) (Greenberg, Marie−Ann)

Hearing Rescheduled from 7/22/2020 (related document(s): [32] Trustee Motion to Dismiss/Pay Trustee/Default Clause filed by Marie−Ann Greenberg) Hearing scheduled for 08/12/2020 at 10:00 AM at SLM − Courtroom 3A, Newark. (ntp)

Dated: 8/5/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:
Gaudia E Spence
Rowan Bowen
    Debtors

Case No. 19-19601-SLM
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Aug 05, 2020
                      Form ID: ntchrgbk     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2020.
db/jdb        +Gaudia E Spence,    Rowan Bowen,    7 Whitman Avenue,    East Orange, NJ 07017-5017

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr          +E-mail/PDF: gecsedi@recoverycorp.com Aug 06 2020 00:36:24
             Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
                                                                                                                    TOTAL: 1

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2020                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2020 at the address(es) listed below:
         Denise E. Carlon    on behalf of Creditor    SPECIALIZED LOAN SERVICING, LLC
          dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
         James F. Vislosky, Jr.    on behalf of Joint Debtor Rowan  Bowen jvislosky@rrkklaw.com
         Jonathan  Kohn    on behalf of Joint Debtor Rowan  Bowen lawyers@rrkklaw.com,    lawyers@rrkklaw.com
         Jonathan  Kohn    on behalf of Debtor Gaudia E Spence lawyers@rrkklaw.com,    lawyers@rrkklaw.com
         Kevin Gordon McDonald    on behalf of Creditor    SPECIALIZED LOAN SERVICING, LLC
          kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
         Marie-Ann  Greenberg     magecf@magtrustee.com
         U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                          TOTAL: 7