UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Marie-Ann Greenberg MAG-1284**
**Chapter 13 Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**

Order Filed on September 10, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

IN RE:

ESTATE OF GAUDIA E SPENCE
ROWAN BOWEN

Case No.:  19-19601SLM

Hearing Date:  9/9/2020

Judge:  STACEY L. MEISEL

## INTERIM ORDER ON CONFIRMATION HEARING

The relief set forth on the following pages, numbered two (2)  is hereby ORDERED.

**DATED: September 10, 2020**

_/s/ Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s):  ESTATE OF GAUDIA E SPENCE
ROWAN BOWEN

Case No.:  19-19601SLM

Caption of Order:    INTERIM ORDER ON CONFIRMATION HEARING

THIS MATTER having been scheduled before the Court on 09/09/2020 for a Hearing on Confirmation, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor must pay $549.00 by 9/16/2020 or the case will be dismissed upon certification of the Standing Trustee with 14 days notice to debtor(s) and debtor's attorney; and it is further

- ORDERED, that if satisfied, the Confirmation Hearing will be adjourned to 10/14/2020 at 8:30 a.m.