| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>**Marie-Ann Greenberg MAG-1284**<br>**Chapter 13 Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840**<br><br>IN RE:<br>  ESTATE OF GAUDIA E SPENCE<br>  ROWAN BOWEN | Order Filed on September 10, 2020<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No.:  19-19601SLM<br><br>Hearing Date:  9/9/2020<br><br>Judge:  STACEY L. MEISEL |

### INTERIM ORDER ON CONFIRMATION HEARING

The relief set forth on the following pages, numbered two (2)  is hereby ORDERED.

**DATED: September 10, 2020**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s):   ESTATE OF GAUDIA E SPENCE
             ROWAN BOWEN

Case No.:  19-19601SLM

Caption of Order:    INTERIM ORDER ON CONFIRMATION HEARING

---

     THIS MATTER having been scheduled before the Court on 09/09/2020 for a Hearing on Confirmation, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor must pay $549.00 by 9/16/2020 or the case will be dismissed upon certification of the Standing Trustee with 14 days notice to debtor(s) and debtor's attorney; and it is further

- ORDERED, that if satisfied, the Confirmation Hearing will be adjourned to 10/14/2020 at 8:30 a.m.

United States Bankruptcy Court
District of New Jersey

In re:  
Gaudia E Spence  
Rowan Bowen  
    Debtors

Case No. 19-19601-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Sep 10, 2020  
                     Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2020.  
db/jdb         +Gaudia E Spence,    Rowan Bowen,    7 Whitman Avenue,    East Orange, NJ 07017-5017

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                    TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2020                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2020 at the address(es) listed below:

         Denise E. Carlon    on behalf of Creditor    SPECIALIZED LOAN SERVICING, LLC  
          dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         James F. Vislosky, Jr.    on behalf of Joint Debtor Rowan Bowen jvislosky@rrkklaw.com  
         Jonathan Kohn    on behalf of Joint Debtor Rowan Bowen lawyers@rrkklaw.com, lawyers@rrkklaw.com  
         Jonathan Kohn    on behalf of Debtor Gaudia E Spence lawyers@rrkklaw.com, lawyers@rrkklaw.com  
         Kevin Gordon McDonald    on behalf of Creditor    SPECIALIZED LOAN SERVICING, LLC  
          kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Marie-Ann Greenberg    magecf@magtrustee.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                    TOTAL: 7