Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 19−19601−SLM
          Chapter: 13
          Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Gaudia E Spence | Rowan Bowen |
| aka Gaudia Spence Bowen | 7 Whitman Avenue |
| 7 Whitman Avenue | East Orange, NJ 07017 |
| East Orange, NJ 07017 | |

Social Security No.:
  xxx−xx−9764                                       xxx−xx−5991

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

      Please be advised that on September 24, 2020, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 53 − 30, 50
AMENDED ORDER REINSTATING STAY & CURING POST−PETITION ARREARS (related document:30 Order on Motion For Relief From Stay, 50 Order (Generic)). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 9/24/2020. (ntp)

      Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: September 24, 2020
JAN: ntp

                                                                                          Jeanne Naughton
                                                                                          Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Gaudia E Spence  
Rowan Bowen  
    Debtors

Case No. 19-19601-SLM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Sep 24, 2020  
                  Form ID: orderntc     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2020.  
db/jdb     +Gaudia E Spence,    Rowan Bowen,    7 Whitman Avenue,    East Orange, NJ 07017-5017

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr     +E-mail/PDF: gecsedi@recoverycorp.com Sep 25 2020 00:21:28  
      Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021  
                                                                                  TOTAL: 1

               ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2020                                 Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2020 at the address(es) listed below:  
       Denise E. Carlon    on behalf of Creditor    SPECIALIZED LOAN SERVICING, LLC  
        dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
       James F. Vislosky, Jr.    on behalf of Joint Debtor Rowan Bowen jvislosky@rrklaw.com  
       Jonathan Kohn    on behalf of Joint Debtor Rowan Bowen lawyers@rrklaw.com,    lawyers@rrklaw.com  
       Jonathan Kohn    on behalf of Debtor Gaudia E Spence lawyers@rrklaw.com,    lawyers@rrklaw.com  
       Kevin Gordon McDonald    on behalf of Creditor    SPECIALIZED LOAN SERVICING, LLC  
        kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com  
       Marie-Ann Greenberg    magecf@magtrustee.com  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                  TOTAL: 7