Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF MAY 7, 2025

**Chapter 13 Case # 19-19601**

Re:   ESTATE OF GAUDIA E SPENCE  
      ROWAN BOWEN  
      7 WHITMAN AVENUE  
      EAST ORANGE, NJ  07017

Atty:  JONATHAN KOHN, ESQ.  
       ROTHBARD ROTHBARD KOHN & KELLA  
       50 PARK PLACE, SUITE 1228  
       NEWARK, NJ  07102

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $29,596.00**

## RECEIPTS   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 05/29/2019 | $400.00 | 25419697942 | 06/27/2019 | $400.00 | 23744588253 |
| 07/30/2019 | $526.00 | 26002813871 | 09/04/2019 | $526.00 | 25419655361 |
| 10/01/2019 | $525.00 | 25419656790 | 11/01/2019 | $525.00 | 25419657993 |
| 12/03/2019 | $500.00 | 25419660028 | 12/03/2019 | $25.00 | 25419660030 |
| 12/31/2019 | $525.00 | 26245637526 | 02/04/2020 | $525.00 | 25419664653 |
| 03/03/2020 | $525.00 | 25419667307 | 04/02/2020 | $525.00 | 6676173000 |
| 04/06/2020 | ($525.00) | 6676173000 | 09/24/2020 | $549.00 | 3710727 |
| 10/13/2020 | $525.00 | 3711053 | 11/17/2020 | $525.00 | 3711091 |
| 12/14/2020 | $525.00 | | 01/12/2021 | $525.00 | |
| 02/12/2021 | $525.00 | | 03/12/2021 | $525.00 | |
| 04/12/2021 | $525.00 | | 05/12/2021 | $525.00 | |
| 06/14/2021 | $525.00 | | 07/13/2021 | $420.00 | |
| 08/12/2021 | $420.00 | | 09/14/2021 | $420.00 | |
| 10/13/2021 | $420.00 | | 11/15/2021 | $420.00 | |
| 12/13/2021 | $420.00 | | 01/12/2022 | $420.00 | |
| 02/14/2022 | $420.00 | | 02/15/2022 | $420.00 | |
| 02/16/2022 | ($420.00) | | 03/14/2022 | $420.00 | |
| 04/12/2022 | $420.00 | | 05/12/2022 | $420.00 | |
| 06/13/2022 | $420.00 | | 07/12/2022 | $420.00 | |
| 08/12/2022 | $420.00 | | 09/13/2022 | $420.00 | |
| 10/13/2022 | $420.00 | | 11/15/2022 | $420.00 | |
| 12/12/2022 | $420.00 | | 01/12/2023 | $420.00 | |
| 02/13/2023 | $420.00 | | 03/13/2023 | $420.00 | |
| 04/12/2023 | $420.00 | | 05/12/2023 | $420.00 | |
| 06/12/2023 | $420.00 | | 07/12/2023 | $420.00 | |
| 08/14/2023 | $420.00 | | 09/12/2023 | $420.00 | |
| 10/13/2023 | $420.00 | | 11/13/2023 | $420.00 | |
| 12/12/2023 | $420.00 | | 01/12/2024 | $420.00 | |
| 02/12/2024 | $420.00 | | 03/12/2024 | $420.00 | |

**Chapter 13 Case # 19-19601**

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 04/12/2024 | $420.00 | | 05/13/2024 | $420.00 | |
| 06/12/2024 | $420.00 | | 07/12/2024 | $420.00 | |
| 08/12/2024 | $420.00 | | 09/12/2024 | $420.00 | |
| 10/15/2024 | $420.00 | | 11/13/2024 | $420.00 | |
| 12/12/2024 | $420.00 | | 01/13/2025 | $420.00 | |
| 02/12/2025 | $420.00 | | 03/12/2025 | $420.00 | |
| 04/14/2025 | $420.00 | | | | |

**Total Receipts: $29,596.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $29,596.00**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,727.95 | |
| ATTY | ATTORNEY | ADMIN | 2,805.00 | 100.00% | 2,805.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERIMARK | UNSECURED | 329.47 | * | 70.43 | |
| 0002 | COMENITY BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | COMENITY CAPITAL BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | COMPREHENSIVE PULMONARY & CRITIC | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | CORPORATE AMERICA FCU | UNSECURED | 1,994.94 | * | 426.44 | |
| 0006 | CREDIT ONE BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | FINGERHUT CREDIT ACCOUNT SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 953.44 | * | 203.81 | |
| 0009 | IC SYSTEM, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | UNITED STATES TREASURY/IRS | PRIORITY | 3,347.18 | 100.00% | 3,347.18 | |
| 0013 | MERRICK BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0014 | MIDLAND CREDIT MANAGEMENT | UNSECURED | 0.00 | * | 0.00 | |
| 0015 | NEW JERSEY IMAGING NETWORK | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | NEW JERSEY IMAGING NETWORK LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0017 | NEW JERSEY INSURANCE UNDERWRITIN | UNSECURED | 0.00 | * | 0.00 | |
| 0018 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 876.01 | * | 187.26 | |
| 0019 | PROFESSIONAL RECOVERY CONSULTAN | UNSECURED | 0.00 | * | 0.00 | |
| 0021 | SANTANDER CONSUMER USA INC. | VEHICLE SECURE | 383.96 | 100.00% | 383.96 | |
| 0022 | SHELLPOINT MORTGAGE SERVICING | MORTGAGE ARRE | 11,281.24 | 100.00% | 11,281.24 | |
| 0023 | ST. BARNABAS EMERGENCY MEDICAL A | UNSECURED | 0.00 | * | 0.00 | |
| 0028 | PROFESSIONAL RECOVERY CONSULTAN | UNSECURED | 0.00 | * | 0.00 | |
| 0029 | PROFESSIONAL RECOVERY CONSULTAN | UNSECURED | 0.00 | * | 0.00 | |
| 0030 | PROFESSIONAL RECOVERY CONSULTAN | UNSECURED | 0.00 | * | 0.00 | |
| 0031 | PROFESSIONAL RECOVERY CONSULTAN | UNSECURED | 0.00 | * | 0.00 | |
| 0032 | LVNV FUNDING LLC | UNSECURED | 1,339.01 | * | 286.23 | |
| 0033 | UNITED STATES TREASURY/IRS | UNSECURED | 103.29 | * | 22.08 | |
| 0034 | LVNV FUNDING LLC | UNSECURED | 988.40 | * | 211.29 | |
| 0035 | SEVENTH AVENUE | UNSECURED | 295.03 | * | 63.07 | |
| 0036 | GINNYS | UNSECURED | 232.03 | * | 49.60 | |
| 0037 | K JORDAN | UNSECURED | 356.16 | * | 76.14 | |
| 0038 | STONEBERRY | UNSECURED | 339.33 | * | 72.54 | |
| 0039 | MASON | UNSECURED | 199.83 | * | 42.71 | |
| 0040 | DR LEONARDS SHOP NOW | UNSECURED | 286.77 | * | 61.30 | |
| 0041 | ASHRO LIFESTYLE | UNSECURED | 260.77 | * | 55.74 | |
| 0042 | MONTGOMERY WARD | UNSECURED | 274.91 | * | 58.77 | |
| 0043 | MIDNIGHT VELVET | UNSECURED | 251.23 | * | 53.71 | |
| 0044 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 1,013.75 | * | 216.70 | |
| 0045 | MIDLAND FUNDING LLC | UNSECURED | 488.92 | * | 104.51 | |
| 0046 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 467.36 | * | 99.90 | |

**Chapter 13 Case # 19-19601**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0047 | EAST ORANGE WATER COMMISSION | PRIORITY | 131.96 | 100.00% | 131.96 | |
| 0048 | PSE&G | UNSECURED | 0.00 | * | 0.00 | |
| 0049 | ATLAS ACQUISITIONS LLC | UNSECURED | 763.56 | * | 163.22 | |
| 0050 | CW NEXUS CREDIT CARD HOLDING I LLC | UNSECURED | 579.57 | * | 123.89 | |
| 0051 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 232.10 | * | 49.61 | |
| 0052 | SHELLPOINT MORTGAGE SERVICING | (NEW) MTG Agree | 6,824.96 | 100.00% | 6,824.96 | |

**Total Paid: $29,201.20**
See Summary

## LIST OF PAYMENTS TO CLAIMS   (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| **AMERIMARK** | | | | | | |
| | 09/16/2024 | $8.61 | 932963 | 10/21/2024 | $10.31 | 934312 |
| | 11/18/2024 | $10.30 | 935812 | 12/16/2024 | $10.30 | 937196 |
| | 02/10/2025 | $10.31 | 940022 | 03/17/2025 | $20.60 | 941374 |
| **ASHRO LIFESTYLE** | | | | | | |
| | 09/16/2024 | $6.82 | 932966 | 10/21/2024 | $8.15 | 934315 |
| | 11/18/2024 | $8.16 | 935814 | 12/16/2024 | $8.15 | 937199 |
| | 02/10/2025 | $8.15 | 940025 | 03/17/2025 | $16.31 | 941376 |
| **ATLAS ACQUISITIONS LLC** | | | | | | |
| | 09/16/2024 | $19.96 | 933144 | 10/21/2024 | $23.88 | 934501 |
| | 11/18/2024 | $23.88 | 935990 | 12/16/2024 | $23.87 | 937368 |
| | 02/10/2025 | $23.87 | 940179 | 03/17/2025 | $47.76 | 941524 |
| **CORPORATE AMERICA FCU** | | | | | | |
| | 09/16/2024 | $52.16 | 933463 | 10/21/2024 | $62.38 | 934865 |
| | 11/18/2024 | $62.38 | 936345 | 12/16/2024 | $62.38 | 937727 |
| | 02/10/2025 | $62.38 | 940527 | 03/17/2025 | $124.76 | 941922 |
| **CW NEXUS CREDIT CARD HOLDING I LLC** | | | | | | |
| | 09/16/2024 | $15.15 | 932988 | 10/21/2024 | $18.12 | 934342 |
| | 11/18/2024 | $18.13 | 935838 | 12/16/2024 | $18.12 | 937221 |
| | 02/10/2025 | $18.12 | 940043 | 03/17/2025 | $36.25 | 941397 |
| **DR LEONARDS SHOP NOW** | | | | | | |
| | 09/16/2024 | $7.50 | 933505 | 10/21/2024 | $8.96 | 934915 |
| | 11/18/2024 | $8.97 | 936394 | 12/16/2024 | $8.97 | 937770 |
| | 02/10/2025 | $8.96 | 940566 | 03/17/2025 | $17.94 | 941962 |
| **EAST ORANGE WATER COMMISSION** | | | | | | |
| | 01/08/2024 | $11.15 | 922029 | 02/12/2024 | $14.66 | 923388 |
| | 03/11/2024 | $14.65 | 924841 | 04/15/2024 | $29.31 | 926278 |
| | 06/17/2024 | $29.31 | 929164 | 07/15/2024 | $15.13 | 930631 |
| | 08/19/2024 | $15.14 | 932058 | 09/16/2024 | $2.61 | 933507 |
| **GINNYS** | | | | | | |
| | 09/16/2024 | $6.07 | 933568 | 10/21/2024 | $7.25 | 934983 |
| | 11/18/2024 | $7.26 | 936456 | 12/16/2024 | $7.25 | 937837 |
| | 02/10/2025 | $7.26 | 940615 | 03/17/2025 | $14.51 | 942022 |

**Chapter 13 Case # 19-19601**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| JEFFERSON CAPITAL SYSTEMS LLC | | | | | | | |
| | 09/16/2024 | $24.93 | 8004253 | | 09/16/2024 | $26.51 | 8004253 |
| | 09/16/2024 | $12.22 | 8004253 | | 10/21/2024 | $14.62 | 8004292 |
| | 10/21/2024 | $31.69 | 8004292 | | 10/21/2024 | $29.81 | 8004292 |
| | 11/18/2024 | $29.82 | 8004335 | | 11/18/2024 | $31.70 | 8004335 |
| | 11/18/2024 | $14.61 | 8004335 | | 12/16/2024 | $14.61 | 8004375 |
| | 12/16/2024 | $31.70 | 8004375 | | 12/16/2024 | $29.81 | 8004375 |
| | 02/10/2025 | $29.81 | 8004459 | | 02/10/2025 | $31.70 | 8004459 |
| | 02/10/2025 | $14.62 | 8004459 | | 03/17/2025 | $29.22 | 8004502 |
| | 03/17/2025 | $63.40 | 8004502 | | 03/17/2025 | $59.63 | 8004502 |
| K JORDAN | | | | | | | |
| | 09/16/2024 | $9.31 | 932978 | | 10/21/2024 | $11.14 | 934329 |
| | 11/18/2024 | $11.13 | 935826 | | 12/16/2024 | $11.14 | 937211 |
| | 02/10/2025 | $11.14 | 940035 | | 03/17/2025 | $22.28 | 941388 |
| LVNV FUNDING LLC | | | | | | | |
| | 09/16/2024 | $35.01 | 933650 | | 09/16/2024 | $25.84 | 933650 |
| | 10/21/2024 | $30.91 | 935086 | | 10/21/2024 | $41.87 | 935086 |
| | 11/18/2024 | $41.87 | 936544 | | 11/18/2024 | $30.90 | 936544 |
| | 12/16/2024 | $30.91 | 937934 | | 12/16/2024 | $41.87 | 937934 |
| | 02/10/2025 | $41.87 | 940710 | | 02/10/2025 | $30.91 | 940710 |
| | 03/17/2025 | $61.82 | 942122 | | 03/17/2025 | $83.74 | 942122 |
| MASON | | | | | | | |
| | 09/16/2024 | $5.22 | 933664 | | 10/21/2024 | $6.26 | 935103 |
| | 11/18/2024 | $6.24 | 936556 | | 12/16/2024 | $6.25 | 937949 |
| | 02/10/2025 | $6.25 | 940722 | | 03/17/2025 | $12.49 | 942139 |
| MIDLAND FUNDING LLC | | | | | | | |
| | 09/16/2024 | $12.78 | 932975 | | 10/21/2024 | $15.29 | 934326 |
| | 11/18/2024 | $15.29 | 935823 | | 12/16/2024 | $15.29 | 937208 |
| | 02/10/2025 | $15.29 | 940033 | | 03/17/2025 | $30.57 | 941385 |
| MIDNIGHT VELVET | | | | | | | |
| | 09/16/2024 | $6.57 | 933684 | | 10/21/2024 | $7.85 | 935125 |
| | 11/18/2024 | $7.86 | 936577 | | 12/16/2024 | $7.85 | 937969 |
| | 02/10/2025 | $7.86 | 940739 | | 03/17/2025 | $15.72 | 942159 |
| MONTGOMERY WARD | | | | | | | |
| | 09/16/2024 | $7.19 | 933690 | | 10/21/2024 | $8.59 | 935131 |
| | 11/18/2024 | $8.60 | 936582 | | 12/16/2024 | $8.59 | 937974 |
| | 02/10/2025 | $8.60 | 940746 | | 03/17/2025 | $17.20 | 942166 |
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | | |
| | 09/16/2024 | $22.90 | 8004251 | | 10/21/2024 | $27.40 | 8004295 |
| | 11/18/2024 | $27.39 | 8004336 | | 12/16/2024 | $27.39 | 8004376 |
| | 02/10/2025 | $27.39 | 8004458 | | 03/17/2025 | $54.79 | 8004499 |

**Chapter 13 Case # 19-19601**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| SANTANDER CONSUMER USA INC. | | | | | | | |
| | 01/13/2020 | $15.77 | 841780 | | 02/10/2020 | $16.38 | 843654 |
| | 03/16/2020 | $16.38 | 845581 | | 04/20/2020 | $16.38 | 847531 |
| | 10/19/2020 | $9.81 | 858429 | | 11/16/2020 | $9.38 | 860204 |
| | 12/21/2020 | $18.76 | 862056 | | 02/22/2021 | $18.76 | 865579 |
| | 03/15/2021 | $9.38 | 867300 | | 04/19/2021 | $9.38 | 869098 |
| | 05/17/2021 | $9.53 | 870950 | | 06/21/2021 | $9.53 | 872777 |
| | 07/19/2021 | $7.63 | 874526 | | 08/16/2021 | $7.63 | 876230 |
| | 09/20/2021 | $7.63 | 878007 | | 10/18/2021 | $7.71 | 879738 |
| | 11/17/2021 | $7.71 | 881435 | | 01/10/2022 | $7.71 | 884718 |
| | 02/14/2022 | $7.71 | 886439 | | 03/14/2022 | $7.71 | 888133 |
| | 04/18/2022 | $15.65 | 889869 | | 05/16/2022 | $7.83 | 891541 |
| | 06/20/2022 | $7.83 | 893263 | | 07/18/2022 | $7.83 | 894917 |
| | 08/15/2022 | $7.83 | 896496 | | 09/19/2022 | $7.83 | 898127 |
| | 10/17/2022 | $7.66 | 899776 | | 12/12/2022 | $7.66 | 902882 |
| | 01/09/2023 | $7.67 | 904383 | | 02/13/2023 | $7.66 | 905930 |
| | 03/13/2023 | $7.67 | 907529 | | 04/17/2023 | $15.33 | 909145 |
| | 05/15/2023 | $7.58 | 910702 | | 07/17/2023 | $15.17 | 913708 |
| | 09/18/2023 | $15.17 | 916725 | | 10/16/2023 | $7.46 | 918172 |
| | 12/11/2023 | $7.46 | 921016 | | 01/08/2024 | $1.79 | 922388 |
| SEVENTH AVENUE | | | | | | | |
| | 09/16/2024 | $7.71 | 933872 | | 10/21/2024 | $9.23 | 935333 |
| | 11/18/2024 | $9.23 | 936764 | | 12/16/2024 | $9.22 | 938167 |
| | 02/10/2025 | $9.22 | 940944 | | 03/17/2025 | $18.46 | 942369 |

**Chapter 13 Case # 19-19601**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| SPECIALIZED LOAN SERVICING LLC | | | | | | | |
| | 01/13/2020 | $463.40 | 841823 | | 02/10/2020 | $481.32 | 843695 |
| | 03/16/2020 | $481.32 | 845628 | | 04/20/2020 | $481.32 | 847586 |
| | 10/19/2020 | $288.19 | 858476 | | 10/19/2020 | $209.82 | 858476 |
| | 11/16/2020 | $200.65 | 859534 | | 11/16/2020 | $275.59 | 859534 |
| | 12/21/2020 | $551.18 | 861346 | | 12/21/2020 | $401.30 | 861346 |
| | 02/22/2021 | $401.30 | 864798 | | 02/22/2021 | $551.18 | 864798 |
| | 03/15/2021 | $275.59 | 866673 | | 03/15/2021 | $200.65 | 866673 |
| | 04/19/2021 | $200.65 | 868321 | | 04/19/2021 | $275.59 | 868321 |
| | 05/17/2021 | $280.06 | 870234 | | 05/17/2021 | $203.91 | 870234 |
| | 06/21/2021 | $203.91 | 872021 | | 06/21/2021 | $280.06 | 872021 |
| | 07/19/2021 | $224.05 | 873829 | | 07/19/2021 | $163.13 | 873829 |
| | 08/16/2021 | $163.13 | 875515 | | 08/16/2021 | $224.05 | 875515 |
| | 09/20/2021 | $224.05 | 877238 | | 09/20/2021 | $163.13 | 877238 |
| | 10/18/2021 | $164.86 | 879022 | | 10/18/2021 | $226.43 | 879022 |
| | 11/17/2021 | $226.43 | 880721 | | 11/17/2021 | $164.86 | 880721 |
| | 01/10/2022 | $164.86 | 884010 | | 01/10/2022 | $226.43 | 884010 |
| | 02/14/2022 | $226.43 | 885692 | | 02/14/2022 | $164.86 | 885692 |
| | 03/14/2022 | $164.86 | 887404 | | 03/14/2022 | $226.43 | 887404 |
| | 04/18/2022 | $460.02 | 889083 | | 04/18/2022 | $334.93 | 889083 |
| | 05/16/2022 | $167.46 | 890809 | | 05/16/2022 | $230.01 | 890809 |
| | 06/20/2022 | $230.01 | 892474 | | 06/20/2022 | $167.47 | 892474 |
| | 07/18/2022 | $167.47 | 894213 | | 07/18/2022 | $230.01 | 894213 |
| | 08/15/2022 | $230.01 | 895774 | | 08/15/2022 | $167.47 | 895774 |
| | 09/19/2022 | $167.47 | 897370 | | 09/19/2022 | $230.01 | 897370 |
| | 10/17/2022 | $225.24 | 899035 | | 10/17/2022 | $163.99 | 899035 |
| | 12/12/2022 | $163.99 | 902176 | | 12/12/2022 | $225.25 | 902176 |
| | 01/09/2023 | $225.25 | 903662 | | 01/09/2023 | ($225.25) | 903662 |
| | 01/09/2023 | $225.25 | 904808 | | 01/09/2023 | $164.00 | 903662 |
| | 01/09/2023 | ($164.00) | 903662 | | 01/09/2023 | $164.00 | 904808 |
| | 02/13/2023 | $163.99 | 905168 | | 02/13/2023 | $225.24 | 905168 |
| | 03/13/2023 | $225.25 | 906787 | | 03/13/2023 | $164.00 | 906787 |
| | 04/17/2023 | $327.99 | 908352 | | 04/17/2023 | $450.48 | 908352 |
| | 05/15/2023 | $222.86 | 909980 | | 05/15/2023 | $162.26 | 909980 |
| | 07/17/2023 | $324.52 | 912951 | | 07/17/2023 | $445.71 | 912951 |
| | 09/18/2023 | $445.71 | 915956 | | 09/18/2023 | $324.52 | 915956 |
| | 10/16/2023 | $159.66 | 917460 | | 10/16/2023 | $219.28 | 917460 |
| | 12/11/2023 | $219.28 | 920307 | | 12/11/2023 | $159.65 | 920307 |
| | 01/08/2024 | $38.24 | 921700 | | 01/08/2024 | $52.52 | 921700 |
| STONEBERRY | | | | | | | |
| | 09/16/2024 | $8.87 | 932967 | | 10/21/2024 | $10.62 | 934316 |
| | 11/18/2024 | $10.60 | 935815 | | 12/16/2024 | $10.62 | 937200 |
| | 02/10/2025 | $10.61 | 940026 | | 03/17/2025 | $21.22 | 941377 |
| UNITED STATES TREASURY/IRS | | | | | | | |
| | 01/08/2024 | $282.71 | 8003946 | | 02/12/2024 | $371.74 | 8003990 |
| | 03/11/2024 | $371.75 | 8004034 | | 04/15/2024 | $743.49 | 8004078 |
| | 06/17/2024 | $743.49 | 8004168 | | 07/15/2024 | $383.87 | 8004209 |
| | 08/19/2024 | $383.86 | 8004249 | | 09/16/2024 | $66.27 | 8004290 |
| | 10/21/2024 | $5.93 | 8004334 | | 12/16/2024 | $6.46 | 8004414 |
| | 03/17/2025 | $9.69 | 8004537 | | | | |
| VERIZON BY AMERICAN INFOSOURCE AS AGENT | | | | | | | |
| | 09/16/2024 | $6.07 | 933073 | | 10/21/2024 | $7.25 | 934432 |
| | 11/18/2024 | $7.26 | 935923 | | 12/16/2024 | $7.26 | 937304 |
| | 02/10/2025 | $7.26 | 940120 | | 03/17/2025 | $14.51 | 941470 |

**Chapter 13 Case # 19-19601**

# SUMMARY

| |
|---|
| Summary of all receipts and disbursements from the date the case was filed , to and including: May 07, 2025. |
| Receipts: $29,596.00    -    Paid to Claims: $24,668.25    -    Admin Costs Paid: $4,532.95    =    Funds on Hand: $394.80 |
| Base Plan Amount: $29,596.00    -    Receipts: $29,596.00    =    Total Unpaid Balance: **$0.00 |

**\*\*NOTE**:  THIS IS AN APPROXIMATE BALANCE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY  AFFECT THE AMOUNT TO COMPLETE THE PLAN.