Form ntcfncurv − testntcfncurv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  19−19601−SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Gaudia E Spence                          Rowan Bowen
aka Gaudia Spence Bowen                  7 Whitman Avenue
7 Whitman Avenue                         East Orange, NJ 07017
East Orange, NJ 07017

Social Security No.:
xxx−xx−9764                                    xxx−xx−5991

Employer's Tax I.D. No.:

---

## NOTICE OF RECEIPT OF RESPONSE TO
## NOTICE OF FINAL CURE PAYMENT

TO: <u>Gaudia E Spence and Rowan Bowen</u>
Debtor(s)

You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under
Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether
the debtor has cured the default and paid post−petition amounts.

Dated: May 29, 2025
JAN: mlc

<u>Jeanne Naughton, Clerk</u>