| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | |
| IN RE:<br><br>ESTATE OF GAUDIA E SPENCE<br>ROWAN BOWEN | Case No.: 19-19601<br><br>Adv. No.:<br><br>Hearing Date:  07/09/2025<br><br>Judge:  SLM |

## CERTIFICATION OF SERVICE

1. I, Sheila Alvarado, am a paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 06/05/2025, I sent a copy of the following pleadings and/or documents to the parties listed below:

   **Notice of Motion to Dismiss**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtors:
ESTATE OF GAUDIA E SPENCE
ROWAN BOWEN
7 WHITMAN AVENUE
EAST ORANGE, NJ  07017
Mode of Service:  Regular Mail

Attorney for Debtor(s):
JONATHAN KOHN, ESQ.
ROTHBARD ROTHBARD KOHN & KELLA
50 PARK PLACE, SUITE 1228
NEWARK, NJ  07102
Mode of Service:  ECF and/or Regular Mail

Dated:  June 05, 2025

By:  /S/  Sheila Alvarado
Sheila Alvarado