Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−19601−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Gaudia E Spence                              Rowan Bowen
   aka Gaudia Spence Bowen                      7 Whitman Avenue
   7 Whitman Avenue                             East Orange, NJ 07017
   East Orange, NJ 07017

Social Security No.:
   xxx−xx−9764                                  xxx−xx−5991

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on July 9, 2025.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: July 9, 2025
JAN: rah

                                                  Jeanne Naughton
                                                  Clerk

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-19601-SLM |
| Gaudia E Spence | Chapter 13 |
| Rowan Bowen | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Jul 09, 2025 | Form ID: 148 | Total Noticed: 53 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Gaudia E Spence, Rowan Bowen, 7 Whitman Avenue, East Orange, NJ 07017-5017 |
| 518239183 | + | Comprehensive Pulmonary & Critical Care, 96 Millburn Ave., Suite 200A, Millburn, NJ 07041-1941 |
| 518398325 | + | East Orange Water Commission, 99 S Grove St, East Orange, NJ 07018-4108 |
| 518318365 | + | East Orange Water Commission, Customer Service Center, 99 South Grove Street, East Orange NJ 07018-4108 |
| 518239194 | | New Jersey Imaging Network, 27695 Network Place, Chicago, IL 60673-1276 |
| 518239196 | + | New Jersey Insurance Underwriting Assoc., PO Box 32609, Newark, NJ 07102-6609 |
| 520325359 | + | NewRez LLC d/b/a, Shellpoint Mortgage Servicing., McCalla Raymer Leibert Pierce, LLC, 485F US Highway 1 S, Suite 300, Iselin, NJ 08830-3072 |
| 518239198 | + | Professional Recovery Consultants LLC, 2700 Meridian Parkway, Suite 200, Durham, NC 27713-2450 |
| 518239202 | | St. Barnabas Emergency Medical Associate, PO Box 6251, Parsippany, NJ 07054-7251 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 09 2025 20:49:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 09 2025 20:49:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: PRA.COM | Jul 10 2025 00:33:00 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 518322505 | | EDI: ATLASACQU | Jul 10 2025 00:33:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 518299474 | + | EDI: CBS7AVE | Jul 10 2025 00:33:00 | Amerimark, C/O Creditors Bankruptcy Service, PO Box 800849, Dallas, TX 75380-0849 |
| 518239180 | + | EDI: CBS7AVE | Jul 10 2025 00:33:00 | Amerimark, 6864 Engle Road, Cleveland, OH 44130-7910 |
| 518299451 | + | EDI: CBS7AVE | Jul 10 2025 00:33:00 | Ashro Lifestyle, C/O Creditors Bankruptcy Service, PO Box 800849, Dallas, TX 75380-0849 |
| 518341560 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 09 2025 20:58:16 | CW Nexus Credit Card Holdings l, LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518239181 | + | EDI: WFNNB.COM | Jul 10 2025 00:33:00 | Comenity Bank, PO Box 182273, Columbus, OH 43218-2273 |
| 518239182 | + | EDI: WFNNB.COM | Jul 10 2025 00:33:00 | Comenity Capital Bank, PO Box 183003, Columbus, OH 43218-3003 |

Case 19-19601-SLM    Doc 79    Filed 07/11/25    Entered 07/12/25 00:18:08    Desc Imaged
                        Certificate of Notice    Page 3 of 5

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 09, 2025 | Form ID: 148 | Total Noticed: 53 |

| | | | |
|---|---|---|---|
| 518239184 | + Email/Text: solutions@cafcu.org | Jul 09 2025 20:49:00 | Corporate America Family Credit Union, 1707 N. Randall Road, Suite 1C8, Elgin, IL 60123-9410 |
| 518271350 | + Email/Text: solutions@cafcu.org | Jul 09 2025 20:49:00 | Corporate America Family Credit Union, 2075 Big Timber Rd, Elgin IL 60123-1140 |
| 518239185 | Email/PDF: creditonebknotifications@resurgent.com | Jul 09 2025 21:10:08 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 518299472 | + EDI: CBS7AVE | Jul 10 2025 00:33:00 | Dr Leonards Shop Now, C/O Creditors Bankruptcy Service, PO Box 800849, Dallas, TX 75380-0849 |
| 518239186 | EDI: BLUESTEM | Jul 10 2025 00:33:00 | Fingerhut Credit Account Services, PO Box 1250, Saint Cloud, MN 56395-1250 |
| 518239187 | EDI: AMINFOFP.COM | Jul 10 2025 00:33:00 | First Premier Bank, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 518299456 | + EDI: CBS7AVE | Jul 10 2025 00:33:00 | Ginny's, C/O Creditors Bankruptcy Service, PO Box 800849, Dallas, TX 75380-0849 |
| 518239189 | EDI: LCIICSYSTEM | Jul 10 2025 00:33:00 | IC System, Inc., PO Box 64437, Saint Paul, MN 55164-0437 |
| 518239188 | + EDI: LCIICSYSTEM | Jul 10 2025 00:33:00 | IC System, Inc., PO Box 64378, Saint Paul, MN 55164-0378 |
| 518239190 | EDI: IRS.COM | Jul 10 2025 00:33:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518318984 | EDI: JEFFERSONCAP.COM | Jul 10 2025 00:33:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518239191 | + EDI: JEFFERSONCAP.COM | Jul 10 2025 00:33:00 | Jefferson Capital, PO Box 772813, Chicago, IL 60677-0113 |
| 518299459 | + EDI: CBS7AVE | Jul 10 2025 00:33:00 | K. Jordan, C/O Creditors Bankruptcy Service, PO Box 800849, Dallas, TX 75380-0849 |
| 518246941 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 09 2025 21:10:27 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518299471 | + EDI: CBS7AVE | Jul 10 2025 00:33:00 | Mason, C/O Creditors Bankruptcy Service, PO Box 800849, Dallas, TX 75380-0849 |
| 518239192 | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 09 2025 20:57:31 | Merrick Bank, PO Box 660175, Dallas, TX 75266-0175 |
| 518239193 | + Email/Text: bankruptcydpt@mcmcg.com | Jul 09 2025 20:49:00 | Midland Credit Management, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 518318263 | + Email/Text: bankruptcydpt@mcmcg.com | Jul 09 2025 20:49:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 518299453 | + EDI: CBS7AVE | Jul 10 2025 00:33:00 | Midnight Velvet, C/O Creditors Bankruptcy Service, PO Box 800849, Dallas, TX 75380-0849 |
| 518299452 | + EDI: CBS7AVE | Jul 10 2025 00:33:00 | Montgomery Ward, C/O Creditors Bankruptcy Service, PO Box 800849, Dallas, TX 75380-0849 |
| 518239195 | Email/Text: payments@brsi.net | Jul 09 2025 20:49:00 | New Jersey Imaging Network LLC, c/o Business Revenue Systems Inc., PO Box 13077, Des Moines, IA 50310-0077 |
| 520303965 | + Email/Text: mtgbk@shellpointmtg.com | Jul 09 2025 20:48:00 | NewRez LLC, d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 520303966 | + Email/Text: mtgbk@shellpointmtg.com | Jul 09 2025 20:48:00 | NewRez LLC, d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0675, NewRez LLC, d/b/a Shellpoint Mortgage Servicing 29603-0826 |
| 518239197 | EDI: PRA.COM | Jul 10 2025 00:33:00 | Portfolio Recovery Associates LLC, 120 Corporate Blvd, Norfolk, VA 23502 |

Case 19-19601-SLM    Doc 79    Filed 07/11/25    Entered 07/12/25 00:18:08    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 09, 2025 | Form ID: 148 | Total Noticed: 53 |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 518351263 | | EDI: PRA.COM | Jul 10 2025 00:33:00 | Portfolio Recovery Associates, LLC, c/o Blair, POB 41067, Norfolk VA 23541 |
| 518318366 | ^ | MEBN | Jul 09 2025 20:47:31 | PSE&G Co, PO Box 14444, New Brunswick NJ 08906-4444 |
| 518316734 | + | EDI: JEFFERSONCAP.COM | Jul 10 2025 00:33:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518239199 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 09 2025 21:10:13 | Resurgent Capital Services, PO Box 510090, Livonia, MI 48151-6090 |
| 518239200 | | Email/Text: enotifications@santanderconsumerusa.com | Jul 09 2025 20:49:00 | Santander Consumer USA, Attn: Bankruptcy Dept, PO Box 560284, Dallas, TX 75356-0284 |
| 518299454 | + | EDI: CBS7AVE | Jul 10 2025 00:33:00 | Seventh Avenue, C/O Creditors Bankruptcy Service, PO Box 800849, Dallas, TX 75380-0849 |
| 518239201 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jul 09 2025 20:48:00 | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 518299470 | + | EDI: CBS7AVE | Jul 10 2025 00:33:00 | Stoneberry, C/O Creditors Bankruptcy Service, PO Box 800849, Dallas, TX 75380-0849 |
| 518240826 | ^ | MEBN | Jul 09 2025 20:48:36 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518343684 | + | EDI: AIS.COM | Jul 10 2025 00:33:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 44

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | MCCALLA RAYMER LEIBERT PIERCE LLC, ATTN ATTN WENDY REISS, 1544 OLD ALABAMA ROAD, ROSWELL GA 30076-2102, address filed with court:, NewRez LLC d/b/a Shellpoint Mortgage Servicing, McCalla Raymer Leibert Pierce, LLC, 485F US Highway 1 S, Suite 300, Iselin, NJ 08830 |
| 518355318 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 518962631 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 11, 2025                    Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 9, 2025 at the address(es) listed below:

**Name**                    **Email Address**

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Jul 09, 2025 | Form ID: 148 | Total Noticed: 53 |

Denise E. Carlon
    on behalf of Creditor SPECIALIZED LOAN SERVICING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

James F. Vislosky, Jr.
    on behalf of Joint Debtor Rowan Bowen jamesvesq@outlook.com  jvislosky@cutolobarros.com

Jonathan Kohn
    on behalf of Joint Debtor Rowan Bowen lawyers@rrkklaw.com  lawyers@rrkklaw.com

Jonathan Kohn
    on behalf of Debtor Gaudia E Spence lawyers@rrkklaw.com  lawyers@rrkklaw.com

Kevin Gordon McDonald
    on behalf of Creditor SPECIALIZED LOAN SERVICING  LLC kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Laura M. Egerman
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing laura.egerman@mccalla.com mccallaecf@ecf.courtdrive.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Marie-Ann Greenberg
    on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com

Robert P. Saltzman
    on behalf of Creditor SPECIALIZED LOAN SERVICING  LLC dnj@pbslaw.org

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10