| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** <br> **Marie-Ann Greenberg, MAG-1284** <br> **Marie-Ann Greenberg, Standing Trustee** <br> **30 TWO BRIDGES ROAD** <br> **SUITE 330** <br> **FAIRFIELD, NJ  07004-1550** <br> **973-227-2840** <br> **Chapter 13 Standing Trustee** <br><br> IN RE: <br><br>     ESTATE OF GAUDIA E SPENCE <br>     ROWAN BOWEN | Order Filed on July 9, 2025 <br> by Clerk, <br> U.S. Bankruptcy Court <br> District of New Jersey <br><br> Chapter 13 Case No.:  19-19601 SLM <br><br> HEARING DATE:  07/09/2025 <br><br> Judge:  STACEY L. MEISEL |

# ORDER DISMISSING PETITION

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

**DATED: July 9, 2025**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

1

Debtor(s): ESTATE OF GAUDIA E SPENCE
ROWAN BOWEN

Case No.: 19-19601

Caption of Order: ORDER DISMISSING PETITION

---

THIS MATTER having come before the Court on the Chapter 13 Standing Trustee's Motion for Dismissal of the Debtor(s)' Chapter 13 Petition on, and the Court having been satisified that proper service and notice was effectuated on the Debtor(s) and Debtor(s) counsel, and the Court having considered the Chapter 13 Standing Trustee's report, by reasons set forth in the certification and good and sufficient cause appearing therefrom for the entry of this Order, it is:

ORDERED AND DIRECTED, that the Debtor(s) Voluntary Petition for Relief under Chapter 13 and all proceedings thereunder are hereby dismissed without prejudice; and it is further

Pursuant to 11 U.S.C. Sec. 349(b) this Court, for cause, retains jurisdiction over any additional application filed within 30 days by any administrative claimants for funds on hand with the Chapter 13 Trustee.

United States Bankruptcy Court

District of New Jersey

In re:     Case No. 19-19601-SLM

Gaudia E Spence     Chapter 13

Rowan Bowen

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2

Date Rcvd: Jul 09, 2025     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Gaudia E Spence, Rowan Bowen, 7 Whitman Avenue, East Orange, NJ 07017-5017 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2025     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 9, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor SPECIALIZED LOAN SERVICING LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| James F. Vislosky, Jr. | on behalf of Joint Debtor Rowan Bowen jamesvesq@outlook.com jvislosky@cutolobarros.com |
| Jonathan Kohn | on behalf of Joint Debtor Rowan Bowen lawyers@rrkklaw.com lawyers@rrkklaw.com |
| Jonathan Kohn | on behalf of Debtor Gaudia E Spence lawyers@rrkklaw.com lawyers@rrkklaw.com |
| Kevin Gordon McDonald | on behalf of Creditor SPECIALIZED LOAN SERVICING LLC kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Laura M. Egerman | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing laura.egerman@mccalla.com |

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Jul 09, 2025 | Form ID: pdf903 | Total Noticed: 1

| | |
|---|---|
| | mccallaecf@ecf.courtdrive.com |
| Marie-Ann Greenberg | |
| | on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com |
| Marie-Ann Greenberg | |
| | magecf@magtrustee.com |
| Robert P. Saltzman | |
| | on behalf of Creditor SPECIALIZED LOAN SERVICING LLC dnj@pbslaw.org |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10