Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

> Case No.: 19−19601−SLM
> Chapter: 13
> Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Gaudia E Spence | Rowan Bowen |
| aka Gaudia Spence Bowen | 7 Whitman Avenue |
| 7 Whitman Avenue | East Orange, NJ 07017 |
| East Orange, NJ 07017 | |

Social Security No.:
  xxx−xx−9764　　　　　　　　　　　　　　　xxx−xx−5991

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>August 20, 2025</u>　　　　　　<u>Stacey L. Meisel</u>
　　　　　　　　　　　　　　　　　　Judge, United States Bankruptcy Court